No. 89–6015.   O'DELL *v.* ARMONTROUT.   C. A. 8th Cir.   Motion of petitioner to certify question to Supreme Court of Missouri denied.   Certiorari denied. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮